Richard K. Walker, SBN 004159
Roger S. Owers, SBN 022965
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
rso@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| R. BRIAN FIFER,<br><br>    Plaintiff,<br><br>vs.<br><br>EASY ENERGY SYSTEMS, INC., a Minnesota corporation; MARK GAALSWYK, a resident of the State of Minnesota,<br><br>    Defendants. | **CASE NO.14-CV-00188- DGC**<br><br>**APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL WITH CLIENT CONSENT**<br><br>[Assigned to The Honorable David G. Campbell] |

  Pursuant to LRCiv. 83.3(b)(1), Federal Rules of Civil Procedure, the undersigned, on behalf of Walker & Peskind, PLLC ("Walker & Peskind"), counsel for R. BRIAN FIFER, ("Plaintiff") respectfully applies to this Court for an Order granting Walker & Peskind leave to withdraw as counsel for Plaintiff in this case for the following reasons:

  1. A conflict has been asserted, and Plaintiff has agreed that a Motion for Leave to Withdraw with Client Consent is appropriate for filing.

2. Undersigned counsel certifies that Plaintiff has been properly and fully notified in writing, via email and US mail, of the status of the case, including all currently known pending matters that must be addressed.

3. This matter has not been set for trial.

4. The current address for Plaintiff, R. Brian Fifer, is:

> R. Brian Fifer
> 11105 N. 115th Street, Apt. 1132
> Scottsdale, AZ 85259

5. The Plaintiff has signed the within Consent of Client.

For the foregoing reasons, undersigned counsel respectfully requests that this Court enter an Order granting said Motion for Leave to Withdraw in the form attached hereto.

DATED this 7th day of March, 2014.

>                 WALKER & PESKIND, PLLC
>
>                 By:/s/ Richard K. Walker
>                   Richard K. Walker
>                   16100 N. 71st Street, Suite 140
>                   Scottsdale, Arizona 85254-2236
>
>                 *Attorney for Plaintiff*

2

## CONSENT OF CLIENT

I, the undersigned, R. Brian Fifer, being fully informed and advised by counsel in writing of the status of the case, including all known pending matters that must be addressed, hereby, on behalf of myself, consent and approve of the foregoing Application for Leave to Withdraw as Counsel with Client Consent for Plaintiff R. Brian Fifer.

R. Brian Fifer

By: _____
R. Brian Fifer, on behalf of himself

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, I electronically filed the foregoing Application for Leave to Withdraw as Counsel with Client Consent with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano

3