Gary N. Lento, State Bar No. 028749
Damien R. Meyer, State Bar No. 021935
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900; fax (602) 254-8670
Firm E-mail: designatedcontact@rhlfirm.com
Attorney E-mail:   glento@rhlfirm.com
                  dmeyer@rhlfirm.com

Attorneys for Defendants, EASY ENERGY SYSTEMS, INC., and MARK GAALSWYK

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| R. BRIAN FIFER,<br><br>            Plaintiff,<br><br>      v.<br><br>EASY ENERGY SYSTEMS, INC., a Minnesota corporation; MARK GAALSWYK, a resident of the State of Minnesota,<br><br>            Defendants. | Case No. 14-CV-00188 DGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>**[LRCiv 7.3]** |

**TO THE COURT AND ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **WHEREAS**, Plaintiff and Defendants agreed that Defendants had until Thursday, March 13, 2014 to file and serve a response to Plaintiff's First Amended Complaint (*See* Docket No. 6, p. 3:4-6);

   **WHEREAS**, on March 7, 2014, Plaintiff's counsel of record filed an "Application for Leave to Withdraw as Counsel with Client Consent" (Docket No. 10), which has yet to be ruled on;

///

1  **WHEREAS**, Plaintiff and Defendants are negotiating a settlement to this matter, and believe a settlement is imminent; and

2  **WHEREAS**, Plaintiff and Defendants jointly request an extension of time for Defendants to respond to Plaintiff's FAC so that the Parties can focus and spend their time and money completing the settlement as opposed to litigating this matter further.

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Good cause exists to extend the time by which Defendants, EASY ENERGY SYSTEMS, INC., and MARK GAALSWYK, each has to file and serve a responsive pleading to the First Amended Complaint filed by Plaintiff, R. BRIAN FIFER; and

2. The Parties hereto request that each Defendant shall have up to and including **Friday, March 28, 2014**, to file and serve a responsive pleading to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: 3-12-14      **PLAINTIFF**

_R. Brian Fifer_ (signature)
R. Brian Fifer

Dated: 03/13/2014      **WALKER & PESKIND, PLLC**

/s/ Richard K. Walker (w/signature authorization)
**Richard K. Walker, Esq.**
Attorneys for Plaintiff, R. Brian Fifer

Dated: 03/13/2014      **RIDENOUR, HIENTON & LEWIS, PLLC**

/s/ Gary N. Lento
**Gary N. Lento, Esq.**
Attorneys for Defendants, EASY ENERGY SYSTEMS, INC. and MARK GAALSWYK

Certificate of Service:

I hereby certify that on March 13, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed this date to:

> Richard K. Walker, Esq.
> Roger S. Owens, Esq.
> WALKER & PESKIND, PLLC
> 16100 N. 71st Street, Suite 140
> Scottsdale, Arizona 85254-2236
> *Attorneys for Plaintiff, R. BRIAN FIFER*
> rkw@azlawpartner.com
> rso@azlawpartner.com

I hereby certify that on March 13, 2014, I e-mailed and mailed the attached document this date to:

> R. Brian Fifer
> 11105 N. 115th Street, Apt. # 1132
> Scottsdale, Arizona  85259
> rbfifer@comcast.net

/s/ DC Hatheway