Gary N. Lento, State Bar No. 028749
Damien R. Meyer, State Bar No. 021935
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900; fax (602) 254-8670
Firm E-mail: designatedcontact@rhlfirm.com
Attorney E-mail:   glento@rhlfirm.com
                    dmeyer@rhlfirm.com

Attorneys for Defendants, EASY ENERGY SYSTEMS, INC., and MARK GAALSWYK

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| R. BRIAN FIFER, | Case No. 14-CV-00188 DGC |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT PURSUANT LR CIV 40.2(D)** |
| v. | |
| EASY ENERGY SYSTEMS, INC., a Minnesota corporation; MARK GAALSWYK, a resident of the State of Minnesota, | |
| Defendants. | |

Pursuant to LR Civ . 40.2(d), Defendant, EASY ENERGY SYSTEMS, INC. ("EES"), and Defendant, MARK GAALSWYK ("GAALSWYK") respectfully give notice to the Court that the above-styled matter has settled. The parties will file the necessary settlement documents in the immediate future to effectuate dismissal of the action.

1

415287
Error! Unknown document property name.

Respectfully submitted this 26th day of March, 2014.

**RIDENOUR, HIENTON & LEWIS, P.L.L.C.**


By   /s/ Gary N. Lento
**Gary N. Lento**
**Damien R. Meyer**
201 North Central Avenue, Suite 3300
Phoenix, Arizona  85004-1052

*Attorneys for Defendants, EASY ENERGY SYSTEMS, INC., and MARK GAALWSYK*

Certificate of Service:
I hereby certify that on March 26, 2014,
I electronically transmitted the attached
document to the Clerk's Office using the
CM/ECF system for filing and transmittal
of a Notice of Electronic Filing to the following
CM/ECF registrants and mailed this date to:

Richard K. Walker, Esq.
Roger S. Owens, Esq.
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
*Attorneys for Plaintiff, R. BRIAN FIFER*
rkw@azlawpartner.com
rso@azlawpartner.com

R. Brian Fifer
Apt. 1132
11105  North 115th Street
Scottsdale, Arizona  85259
*E-mail:  rbfifer@comcast.net*


/s/  DC Hatheway

2

415287
Error! Unknown document property name.