Richard K. Walker, SBN 004159
Roger S. Owers, SBN 022965
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
rso@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| R. BRIAN FIFER,<br><br>    Plaintiff,<br><br>vs.<br><br>EASY ENERGY SYSTEMS, INC., a Minnesota corporation; MARK GAALSWYK, a resident of the State of Minnesota,<br><br>    Defendants. | **CASE NO.14-CV-00188- DGC**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br><br>[Assigned to The Honorable David G. Campbell] |

  Please take notice that Plaintiff R. BRIAN FIFER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP"), hereby voluntarily dismisses his First Amended Complaint, filed February 21, 2014.


  DATED this 28th day of March, 2014.

<div style="margin-left: auto; width: fit-content;">
WALKER & PESKIND, PLLC

By:/s/ Richard K. Walker  
Richard K. Walker  
16100 N. 71st Street, Suite 140  
Scottsdale, Arizona 85254-2236

*Attorney for Plaintiff*
</div>

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I electronically filed the foregoing Notice Of Dismissal With Prejudice with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Michelle Giordano

2